FILED
RICHARD W. NAGEL
CLERK OF COURT

5/13/25

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**YONIFER PERES SANTOS,**<br><br>**Defendant.** | **CASE NO.**   3:25-cr-43<br><br>**JUDGE**    Michael J. Newman<br><br>**INFORMATION**<br><br>**8 U.S.C. § 1326(a)** |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>**COUNT 1**</u>
**[8 U.S.C. § 1326(a)]**

On or about February 24, 2025, in the Southern District of Ohio, Defendant **YONIFER PERES SANTOS,** an alien, was found in the United States after having been removed therefrom on or about July 29, 2022, at or near Alexandria, Louisiana and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

The removal of Defendant **YONIFER PERES SANTOS**, on or about July 29, 2022, at or near Alexandria, Louisiana was subsequent to a conviction for a felony offense, namely – Abduction, in violation of O.R.C. § 2905.02(A)(2).

In violation of Title 8, United States Code, Section 1326(a) and (b)(1).

KELLY A. NORRIS
ACTING UNITED STATES ATTORNEY

*Erica D. Lunderman*

**ERICA D. LUNDERMAN (0098342)**
**Assistant United States Attorney**