AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3;25-mj-192 |
| YONIFER PERES SANTOS | ) | |
| Defendant | ) | |

RECEIVED
By CSanso at 10:43 am, Apr 29, 2025

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* YONIFER PERES SANTOS,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Reentry of Removed Alien, 8 U.S.C. § 1326(a) & (b)(1)

Date: 4/28/25

Peter B. Silvain, Jr.
United States Magistrate Judge

City and state: Dayton, Ohio

---

### Return

This warrant was received on *(date)* 4/29/25, and the person was arrested on *(date)* 5/8/2025
at *(city and state)* DAYTON, OHIO.

Date: 5/8/2025

*Arresting officer's signature*
SDUSM Charles Sanso USMS S/OH

*Printed name and title* #7358

* Executed for U.S. ICE